IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01871-MSK-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

TIAWNA SHENEFIELD and
BRANDI MICHAL,

    Intervening Plaintiffs,

v.

JOBEC, INC.,
d/b/a MCDONALD'S,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Intervene (*doc. no. 9)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Intervening Plaintiffs Shenefield and Michael's Complaint (*doc no. 9-2*).

    IT IS FURTHER ORDERED that the case caption shall be modified accordingly.

**DATED:**    December 27, 2006