IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01871-MSK-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

TIAWNA SHENEFIELD and
BRANDI MICHAL,

      Intervening Plaintiffs,

v.

JOBEC, INC.,
d/b/a MCDONALD'S,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Joint Motion to Amend Scheduling Order (*doc. no. 25)* is
**GRANTED**.  The scheduling order is modified as follows:

      1.      Deadline for amendment of pleadings and joinder of parties is extended to
          **September 21, 2007**;
      2.      Discovery deadline is extended to **October 26, 2007**; and
      3.      Dispositive motion deadline is extended to **November 30, 2007**.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**      July 11, 2007