IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01871-MSK-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

TIAWNA SHENEFIELD and
BRANDI MICHAL,

    Intervening Plaintiffs,

v.

JOBEC, INC.,
d/b/a MCDONALD'S,
COLORADO HAMBURGER COMPANY, INC., and
FARMINGTON HAMBURGER COMPANY, INC.

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Amend Scheduling Order (*doc. no. 44)* is **GRANTED**.  The deadline to file dispositive motions is extended to **March 31, 2008**.

**DATED:**    November 19, 2007